April, 1809.

### ANONYMOUS.

After an affidavit in support of a motion for the continuance of a cause, on the ground of the absence of a material witness, has been made, the opposite party may make a counter affidavit, stating any circumstances that render it impossible, or improbable, that the evidence of the witness can be obtained within a reasonable time; but such counter affidavit must not deny the materiality of the evidence.

ON motion for the continuance of this cause, the party made an *affidavit* stating the absence of *Joseph Howland,* jun. a material witness, and that he hoped to procure the testimony of the witness at the next court.

A *counter affidavit* was filed, stating that *Joseph Howland,* jun. was gone to foreign parts; that he expected to have no fixed residence; and that he did not expect to return within two or three years.

THE COURT would not continue the cause; and took the opportunity to observe, that there was manifest utility in *counter affidavits,* as was evident from the present instance. They said, however, that counter affidavits should not deny the materiality of the evidence expected from the witness, but might state any circumstances, that rendered it impossible, or improbable, that his testimony could be procured within a reasonable time.

EDWARDS, J. said, that the *English* practice was lame in this respect; that it threw great power into the hands of a party; and that this court was perfectly free to establish a better practice. He added, that the whole *English* practice of admitting affidavits was modern.